# Court of Appeals
# of the State of Georgia

ATLANTA,  October 15, 2019

*The Court of Appeals hereby passes the following order:*

**A20E0007.  BRIAN SANTRY v. DENISE B. FISHER**

Upon consideration of Applicant's Rule 40(B) emergency motion for an extension of time to file an application for discretionary appeal, the motion is hereby GRANTED. The movant's application for discretionary appeal must be filed by Thursday, October 24, 2019.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  10/15/2019*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*